**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Damareae Walker

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAMAREAE WALKER,

Plaintiff,

v.

DISCOVER BANK, CAPITAL ONE, N.A., CREDIT COLLECTION SERVICES, CREDIT UNION OF SOUTHERN CALIFORNIA, EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,

Defendants.

**Case No.:** 5:26-cv-00250-JLS-SSC

**STIPULATION TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

**HON. JOSEPHINE L. STATON**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 5:26-cv-00250-JLS-SSC**                    *Walker v Discover Bank, et al.*

**STIPULATION TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

Plaintiff DAMAREAE WALKER ("Plaintiff") and Defendant TRANS UNION LLC, by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and TRANS UNION LLC hereby jointly move to dismiss TRANS UNION LLC WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 8, 2026                                         **LOKER LAW, APC**

BY:   ___/s/ SCOTT M. PLESCIA___
                                            SCOTT M. PLESCIA, ESQ.
                                            ATTORNEY FOR PLAINTIFF

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

By:   ___/s/ Jennifer Phelps___
                                            JENNIFER PHELPS, ESQ.
                            ATTORNEY FOR DEFENDANT, TRANS UNION LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: June 8, 2026                                         **LOKER LAW, APC**

___/s/ SCOTT M. PLESCIA___
                                            SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Plaintiff Damareae Walker*'s *Stipulation to Dismiss Defendant Trans Union LLC with Prejudice* has been submitted on June 8, 2026 to all defense counsel of record via e-mail and U.S. Mail.

        ___/s/ SCOTT M. PLESCIA___
                SCOTT M. PLESCIA, ESQ.

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 5:26-cv-00250-JLS-SSC**                    *Walker v Discover Bank, et al.*

**PROOF OF SERVICE**