

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAMAREAE WALKER,

Plaintiff,

v.

DISCOVER BANK, CAPITAL ONE, N.A., CREDIT COLLECTION SERVICES, CREDIT UNION OF SOUTHERN CALIFORNIA, EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,

Defendants.

Case No.: 5:26-cv-00250-JLS-SSCx

ORDER GRANTING STIPULATION TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) [57]

///
///

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:26-cv-00250-JLS-SSC                                   *Walker v Discover Bank, et al.*
ORDER GRANTING STIPULATION TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant TRANS UNION LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: June 9, 2026

## Josephine L. Staton

Hon. Josephine L. Staton

United States District Judge

CASE NO.: 5:26-cv-00250-JLS-SSC                    *Walker v Discover Bank, et al.*

**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**